IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE MAHR,<br><br>*Plaintiff,*<br><br>v.<br><br>PROJECT MANAGEMENT INSTITUTE INC., et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 20-3653 |

### ORDER

**AND NOW**, this 1st day of February 2021, upon consideration of Defendants' partial Motion to Dismiss (ECF No. 6), Plaintiff's Response (ECF No. 7) and Defendants' Reply (ECF No. 8), it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED** insofar as it seeks to dismiss Plaintiff's class and collective action claims. Counts I, II and VI of the Complaint are **DISMISSED WITHOUT PREJUDICE** with respect to their class or collective action claims for the reasons stated in the Court's Memorandum.

2. Defendants' Motion is **DENIED** insofar as it seeks to dismiss Plaintiff's claims in Counts I, II and VI made in her individual capacity; and

3. Plaintiff may file an amended complaint consistent with this Order and the Court's Memorandum on or before **Tuesday, February 16, 2021**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.